# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0056. DAVID L. TOLBERT v. GEORGE F. NUNN et al.**

David L. Tolbert, an inmate who is proceeding pro se, filed a mandamus petition against judge George F. Nunn and other officials. The trial court dismissed the petition, and Tolbert filed this appeal.[1] The appellees have filed a motion to dismiss, contending that we lack jurisdiction over this direct appeal. We agree.

Although judgments and orders granting or refusing to grant mandamus are generally directly appealable, see OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Tolbert is incarcerated, he was required to file an application for discretionary appeal to seek appeal of the trial court's order. "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Tolbert's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.

---

[1] Tolbert directed his appeal to the Supreme Court, which transferred the case here. See Case No. S22A1045 (decided June 22, 2022).

Accordingly, the motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __09/06/2022__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*